**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 96-60171

_____

(Summary Calendar)

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

Plaintiffs-Appellees.

v.

JERRY POWERS d/b/a POWERS USED CARS, INC.,

Defendants.

and

LOLA CAGLE, ROBERT CAGLE, and EMILY CAGLE,

Defendants-Appellants,

_____

Appeal from the United States District Court
For the Northern District of Missippi
(1:94-CV228-JAD)
_____

October 25, 1996

Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Lola Cagle, Robert Cagle, and Emily Cagle, defendants-
appellants, argue that the magistrate judge erroneously applied

_____

[*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Section 2-401(2) of the Uniform Commercial code in determining ownership of the 1989 Buick Park Avenue vehicle at the time of the accident instead of applying Section 63-21-31 of the Missippi Motor Vehicle Title Act.

We have reviewed the parties' briefs and the record and find no reversible error. Accordingly, we AFFIRM for reasons assigned by Magistrate Judge Davis.